EXHIBIT B











EXHIBIT B (continued)



EXHIBIT B (continued)









EXHIBIT B (continued)









EXHIBIT B (continued)





EXHIBIT B (continued)

